UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

JOSE FIGUEROA,   Case No.: 1:18-cv-08007 PAC

                Plaintiff,

    -against-   VOLUNTARY DISMISSAL

280 BLEECKER STREET, LLC, EDWARD
TAYLOR and BLEECKER FISH, LLC,

                Defendants.
----------------------------------------------------------------X

    **WHEREAS**, no Answer, no Notice of Appearance and no Motion has been filed by any of the defendants and,

    **WHEREFORE**, Plaintiff hereby agrees to voluntarily dismiss this action as to all defendants, pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. P. and requests that the Clerk enter this Stipulation pursuant to Rule 41(a)(1)(i) of the Fed. R. Civ. without an order of the Court. Each party shall bear his or its own attorney's fees and costs.

Dated: Syosset, New York
       February 8, 2019

_____
Stuart H. Finkelstein, Esq.
338 Jericho Turnpike
Syosset, New York 11791
(718) 261-4900